**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7458**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

JAMES HARRISON SINGLETARY,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-98-240)

———————

Submitted: January 29, 2004      Decided:  February 6, 2004

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Harrison Singletary, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Harrison Singletary appeals the district court's order denying his motion to dismiss his indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Singletary, No. CR-98-240 (D.S.C. filed Aug. 21, 2003 & entered Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED